UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 18-8586 MWF (SSx)** | Date: February 28, 2019 |
| Title **Nobert-Manilisay Cruz v. State of California, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause, in writing, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following no later than **March 15, 2019** as an appropriate response to this Order to Show Cause:

☒ Proof of service of summons and complaint as to Defendant State of California

☒ Response to Complaint by Defendant Jennifer Karapetian, or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. *Failure to respond to the Order to Show Cause will result in the dismissal of this action.*

The Court may not provide advice to any party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. Public Counsel's Federal Pro Se Clinic provides free legal assistance to people representing themselves in the United States District Court for the Central District

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 18-8586 MWF (SSx) | Date: February 28, 2019 |
| Title | Nobert-Manilisay Cruz v. State of California, et al. | |

of California.  The Pro Se Clinic is located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

To benefit from the guidance that the Clinic may be able to provide, a pro se litigant **must schedule an appointment.**  The Clinic does not provide telephonic assistance.  A pro se litigant may call the Clinic at (213) 385-2977, ext. 270, to schedule an appointment, or an application can be submitted online at http://prose.cacd.uscourts.gov/los-angeles.  In addition, the Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

Pro se litigants may also apply to the Court for permission to electronically file.  Form CV-005 is available at http://www.cacd.uscourts.gov/court-procedures/forms.

The Court's website home page is http://www.cacd.uscourts.gov.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm